■ HSCO GROUP, INC., Formerly Known as H. SAND & CO., INC., Appellant, v MORGAN GUARANTY TRUST COMPANY OF NEW YORK, Respondent. [624 NYS2d 962] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Smith, J.), dated December 2, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Smith at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.